# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JKD HOLDINGS, | ) |
|     Plaintiff, | ) |
| vs. | ) No. 3:21-CV-0276-D |
| | ) |
| NARASH PRAJAPATI, et al., | ) |
|     Defendants. | ) |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. This action will be dismissed without prejudice by separate judgment.

**SO ORDERED**.

June 23, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE